UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 14-30508 |
| D.A.Y. INVESTMENTS, LLC ) | (Jointly Administered) |
| ) | Chapter: 11 |
| ) | Honorable Eugene R. Wedoff |
| Debtor(s) ) | |

**SECOND INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION**

This matter coming on for hearing on the continued motion of Debtor and Debtor-in-Possession, D.A.Y. Investments, LLC ("Debtor") and Andy's Truck and Equipment Company ("Andy's"), for authority to use cash collateral pursuant to 11 U.S.C. Section 363 and Rule 4001 of the Federal Rules of Bankruptcy Procedure; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.
NOW THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:
1. Andy's be, and hereby is, authorized to use cash collateral as described in the Debtor's motion and pursuant to 11 U.S.C. Section 363.
2. As adequate protection for any diminution in value of the Department of the Treasury-Internal Revenue Service's ("IRS") interests in IRS' collateral, as of the date of filing of the petition, IRS be, and hereby is, granted a post-petition lien on cash, accounts, receivables, inventory and proceeds thereof, to the extent of the value of IRS' secured claim as of the date of filing of the petition, retroactive to August 19, 2014.
3. As additional adequate protection, Andy's be, and hereby is, authorized to pay to IRS the sum of $1,000.00 per month, commencing January 3, 2015, and continuing each month thereafter until further order of Court.
4. The Court shall conduct a final hearing on the use of cash collateral on January 13, 2015, at 10:00 a.m.
5. The use of cash collateral by Andy's be, and hereby is, extended to and including January 14, 2015.

Enter: *Janet S. Baer*

Dated: 30 DEC 2014

United States Bankruptcy Judge

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd., Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20130103_bko