**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 31 2015

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

D.A.Y. INVESTMENTS, LLC,

Debtor.

Case No. 14 B 30508

Chapter 11

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF RENEE M. BABCOKE, ATTORNEY FOR DEBTOR, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $9,140.31 | TOTAL COSTS REQUESTED: | $40.31 |
| TOTAL FEES REDUCED: | $1,915.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $7,225.31 | TOTAL COSTS ALLOWED: | $40.31 |

### TOTAL FEES AND COSTS ALLOWED: $7,265.62

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman,* 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)   Clerical Work Not Compensable**

      The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: March 31, 2015

                                                                                     _____
                                                                                     Eugene R. Wedoff
                                                                                     United States Bankruptcy Judge

Licensed in Indiana, Illinois
and California*
inactive in California

Phone: (219)262-3358
E-Mail: babcokelaw@gmail.com

# Law Office of Renee' M. Babcoke
607 S. Lake Street, Suite B West
Miller Beach, Indiana 46403

March 16, 2015

Andrew Young
Andy's Truck and Equipment Co., Inc.
1434 West 11th Avenue
Gary, Indiana 46402

Re: Chapter 11 Bankruptcies pending in the
Northern District of Illinois

CLIENT BILLING STATEMENT

| Date | Description | Hours |
|---|---|---|
| 8/26/14 | Initial client consultation with client and Greg Reising (1.0) Renee' Babcoke. | N/C |
| 8/29/14 | Pulled up all seven chapter 11 cases and printed copies of relevant documents (1.0). Drafted and filed Appearances (/2) for each case (.5). Teleconferences with trustee and potential purchaser of Andy's assets. Drafted e-mail to client with status (.5). $600. Renee' Babcoke. | -.25 hrs  3.0 |
| 9/2/14 | Court appearance on trustee's motions to dismiss. $600. Renee' Babcoke. (2) | 3.0  -2.0 |
| 9/9/14 (0)(/2) | Drafted, filed and served Notice and Motion for Joint Administration, Notice and Motion for Employment by Estate(s) and Notice and Motion for Additional Time to Submit Schedules and Required Documents for Andrew Young. $400. Renee' Babcoke. | -.2 hrs  2.0 |
| 9/10/14 | Appearance at trustee's initial debtor interview (2.0). $400. Renee' Babcoke. | 2.0 |
| 9/11/14 | Received Notice of Deficiency for Certificate of Relatedness, Drafted and uploaded Certificates for all 6 remaining cases without the certificates on file. $100. Renee' Babcoke. | .5 |

-440.00

| Date | Description | Hours |
|---|---|---|
| 9/15/14 | Reviewed all case files for required schedules, printed up a copy of each schedule for the individual and corporate bankruptcies with instructions for each to give to client. Made standard-sized copies of real estate ledger (cost $40.31) for all seven cases. $600. Renee' Babcoke. | 3.0 |
| | costs | $40.31 |
| 9/16/14 | ⑦ Court appearance for case management and conference with client regarding schedules (2.0). $400. Renee' Babcoke.  — .20 | 2.0 |
| 9/23/14 | ② ⑦ Drafted, uploaded and served Amended Notices, Motions and Draft Orders for Joint Administration for each case. Prepared Notices of 341 meetings for each case and served on 9/30/14 (3.0). $600. Renee' Babcoke.  — .3 | 3.0 |
| 9/24/14 | Drafted e-mail to client with status on motions and request for status on completing the Schedules (.25). Renee' Babcoke. | N/C |
| 9/26/14 | Drafted responsive e-mail to client requesting overnight delivery of the Schedules and inquiring about correspondence from the I.R.S. (.25). Teleconference with client (.5). $150. Renee' Babcoke. | .75 |
| 9/29/14 | Phone call to client for a status on the Schedules and Attachment for Schedule A. Requested a return call to assist him in completing Schedules (.25). Renee' Babcoke. | N/C |
| 9/30/14 | ② Court appearance on Motions for Joint and Administration (2.0).  — 1.0  Mailed Notice of continued 341 meetings to creditors and Uploaded proof of Notice (.25). Office meeting with client (.25). $500. Renee' Babcoke. | 2.5 |
| 10/3/14 | Scanned all of clients' real estate ledgers for upload (1.0). Renee' Babcoke. | N/C |
| 10/04/14 | Drafted four of the corporate Schedules (4.0). $800. Renee' Babcoke. | 4.0 |
| 10/06/14 | ⑦ Completed drafting the rest of the corporate Schedules and Motion for Additional Time on the Andrew Young case (3.0). $600. Renee' Babcoke.  — .3 | 3.0 |
| 10/07/14 | Meeting with client to sign and review documents (1.0). $200. Renee' Babcoke. | 1.0 |

—360.00

| Date | Description | Hours | Adj. |
|---|---|---|---|
| 10/08/14 | Drafted Statement of Financial Affairs for each corporate entity and uploaded same (3.0). $600. Renee' Babcoke. | 3.0 | -.3 |
| 10/10/14 | Drafted e-mail to client with a reminder to file Operating Reports and sent form MORs to him. (.5). Renee' Babcoke. | N/C | |
| 10/17/14 | Numerous e-mails and phone calls regarding tax returns, financial information, and MORs needed for filings (1.0). $200. Renee' Babcoke. | 1.0 | |
| 10/18/14 | Numerous e-mails and phone calls re: information still needed. $200. Renee' Babcoke. | 1.0 | |
| 10/19/14 | Prepared Schedules A-J for Andrew Young and e-mailed copies to client for review. $600. Renee' Babcoke. | 3.0 | |
| 10/20/14 | Drafted all other required documents, reviewed with client and filed. $600. Renee' Babcoke. | 3.0 | -.3 |
| 10/27/14 | Drafted Motion to Employ accountant Shebley and Motion for payment of my legal fees. $400. Renee' Babcoke. | 2.0 | |
| 10/28/14 | Court appearance on continued Motions for Joints Administration and to Employ. $400. Renee' Babcoke. | 2.0 | -1.0 |
| 11/01/14 | Printed, redacted, scanned and uploaded all seven MORs for September. $300. Renee' Babcoke. | 1.5 | -.15 |
| 11/03/14 | E-mails and phone calls to client and trustee regarding 2015.3 reports and continuance of 341 meeting (.5). $100. Renee' Babcoke. | .5 | |
| 11/18/14 | Drafted Exhibits B for all 19 corporations listed in 2015.3 Reports (1.5). $300. Renee' Babcoke. | 1.5 | |
| 11/19/14 | Uploaded 2015.3 Report and all Exhibits and Statements (1.0). Drafted Amended Petitions for Gary II, LLC and Goldcoast Rand with new FEIN numbers for client's signature (1.0). $400. Renee' Babcoke. | 2.0 | -1.0 |
| 11/20/14 | Court appearance for continued meeting of creditors (2.0). Meeting with Joel Schecter (.5). $500. Renee' Babcoke. | 2.5 | -1.0 |
| 11/25/14 | Court appearance on continued Motions for Joint Administration and to Employ. $300. Renee' Babcoke. | 1.5 | -.5 |

-850.00

| Date | Description | Hours |
|---|---|---|
| 12/03/14 | Downloaded copies of Motions, entered court Orders and October's MORs (.5). Filed October MOR for each case (.5). $200. Renee' Babcoke. | 1.0 |
| 01/09/15 | Reviewed MORs for November, 2014, downloaded and filed them (.75). E-mail to client (.25). $200. Renee' Babcoke. | 1.0   -.075 |
| 02/03/15 | E-mailed copy of IDR Proof of Claim to Joel Schechter and Andy, with a reminder that the December and January MORs are overdue. $50. Renee' Babcoke. | .25 |
| 03/03/15 | E-mailed reminder to Joel and Andy that Plans and Disclosures are due on March 17th and requested status. $50. Renee' Babcoke. | .25 |
| 03/08/15 | Followed-up with Joel and Andy on previous e-mail (.25). Prepared Application for Attorney Compensation (1.0). $250. Renee' Babcoke. | 1.25 |
| 03/16/15 | Downloaded and filed all January MOR's for the related cases. $200. Renee' Babcoke. | 1.0   -1.0 |

```
BILLABLE HOURS: 58.0
@ $200/HOUR =           $ 11,600.00
PLUS COSTS              $      40.31
                        $ 11,640.31
MINUS PAYMENTS =        $   2,500.00
BALANCE DUE:            $   9,140.31
```

-215.0()